BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Attorney's Office
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4040 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA HERNANDEZ,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; KERN MEDICAL CENTER; DOREEN TADOKORO, D.O.; INEALFER ROSALES, and DOES 1 to 100 Inclusive,<br><br>           Defendants. | Case No. 1:15-cv-01719-LJO-JLT<br><br>**STIPULATION AND ORDER REGARDING UNITED STATES OF AMERICA'S MOTION TO DISMISS**<br><br>Date: December 22, 2015<br>Time: 8:30 a.m.<br>Ctrm: 4 (7th Floor, Hon. Lawrence J. O'Neill) |

The parties to this action, through their undersigned attorneys of record, hereby stipulate and agree as follows:

**RECITALS**

1. On February 13, 2015, Plaintiff, Cinthia Hernandez, filed a Complaint for Damages (Wrongful Death) in the Superior Court of California, County of Kern, Case No. S-1500-CV-284153 LHB, naming as defendants the County of Kern, Kern Medical Center, Doreen Tadokoro, D.O., Inealfer Rosales and Does 1 to 100 and alleging medical negligence in connection with the labor and delivery of Anais Rosales at Kern Medical Center.

2. The United States of America removed the action to this Court and filed a Certificate of Scope of Employment certifying that Doreen Tadokoro, D.O., was at all relevant times acting within the scope of her employment with Clinica Sierra Vista, a federally funded healthcare facility covered

under the Federal Tort Claims Act ("FTCA") by operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233.  *See* ECF Nos. 1, 1-1.  The Certificate of Scope of Employment (ECF No. 1-1) effects the substitution of the United States as defendant in place of Doreen Tadokoro, D.O.  28 U.S.C. § 2679(d)(1).

3.	The United States has filed a Motion to Dismiss (the "Motion," ECF No. 4), asserting that the Court lacks jurisdiction because Plaintiff did not exhaust administrative remedies prior to bringing suit.

4.	Plaintiff does not oppose the Motion and consents to the dismissal of her claims against the United States without prejudice.

## **STIPULATION**

WHEREFORE, the parties request that the Court enter an Order granting the Motion; dismissing Plaintiff's claims against the United States without prejudice; and remanding the action to the Superior Court of California, County of Kern.

Respectfully submitted,

Dated:  November ____, 2015		BENJAMIN B. WAGNER
						United States Attorney


						 /s/ Benjamin E. Hall
						BENJAMIN E. HALL
						Assistant U.S. Attorney
						Attorneys for Defendant
						United States of America

Dated:  November ____, 2015		SALDO LAW GROUP P.C.



						TYLER B. SALDO
						Attorneys for Plaintiff

Dated:  November ____, 2015		HALL HIEATT & CONNELY LLP



						JAY A. HIEATT
						Attorneys for Defendant
						Kern Medical Center

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED as follows:

The United States of America's Motion to Dismiss (ECF No. 4) is GRANTED; the United States is dismissed from this action without prejudice, and the hearing set for December 22, 2015, is VACATED;

The case is REMANDED to the Superior Court of California, County of Kern.

IT IS SO ORDERED.

Dated:   **December 2, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE